PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Elizabeth D. Laporte<br>U.S. Magistrate Judge | **RE:** | NGO, MINH |
| **FROM:** | Richard W. Wieking, Acting Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR 08-0461 PJH |
| **DATE:** | September 8, 2008 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| | |
|---|---|
| Richelle Bracamonte | 415-436-7501 |
| U.S. PRETRIAL SERVICES OFFICER ASSISTANT | TELEPHONE NUMBER |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

**FILED**

SEP X 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☑ Other Instructions:

Please keep the court updated as to any state probation revocation proceedings.

_____    9/8/08
JUDICIAL OFFICER          DATE

Cover Sheet (06/02/08)