United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff and Respondent,

        v.

MINH TRUNG NGO,

    Defendant and Movant.
_____/

No. CR 08-461 PJH
C 11-0298 PJH

**ORDER DENYING RULE 36 MOTION**

Before the court is petitioner Min Trung Ngo's ("Ngo") pro se August 4, 2011 motion "to vacate judgment pursuant to Rule 36, *in pari materia* to Rule 60(b) of Fed. R. Civ. Proc. 60(b)." Ngo filed the motion following the court's July 19, 2011 order denying Ngo's motion to vacate his sentence under 28 U.S.C. § 2255.

Federal Rule of Criminal Procedure 36 provides that "[a]fter giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission." Rule 36 is *not* comparable to Federal Rule of Civil Procedure 60(b). Unlike Rule 60(b), Rule 36 is a vehicle for correcting clerical mistakes *only. See United States v. Penna*, 319 F.3d 509, 513 (9th Cir. 2003). It may not be used to correct other alleged errors, including substantive errors and/or judicial errors in sentencing. *Id.*

The court sees no reason to revisit its prior order denying Ngo's motion to vacate his sentence under § 2255, nor does Rule 36 provide the authority for it to do so.  The court therefore DENIES Ngo's Rule 36 motion.

The court further notes that along with his current motion, Ngo filed a notice of appeal, which has been forwarded to the Ninth Circuit and for which the Ninth Circuit has assigned a case number.  Accordingly, while Ngo's appeal is pending, Ngo is advised that future filings should be directed to the Ninth Circuit Court of Appeals.

This order fully adjudicates the motion filed at no. 686 of the clerk's docket for this case.

**IT IS SO ORDERED.**

Dated:   September 7, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge