UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff and Respondent,

    v.

MINH TRUNG NGO,

    Defendant and Movant.

_____/

No. CR 08-461 PJH
C 11-0298 PJH

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

On July 19, 2011, the court denied Ngo's motion to vacate his sentence under 28 U.S.C. § 2255, which Ngo has now appealed. The court DENIES a certificate of appealability, and concludes that the none of the issues raised by Ngo, including the timeliness of his petition, satisfy the standards required for granting a COA. *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

**IT IS SO ORDERED.**

Dated: November 4, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge